PEOPLE, PLAINTIFF AND APPELLEE, *v.* GARZOT, DEFENDANT AND APPELLANT.

APPEALS from the District Court of Humacao in Prosecutions for Violations of Municipal Ordinances.

Nos. 991, 992, 993, 994, 995 996, 997, 998.—Decided June 24, 1916.

Decided on the grounds of the opinion delivered in Case No. 990, *People* v. *Garzot, ante.*

*Mr. Arturo Aponte, Jr.,* and *Ramón P. Rodríguez Alberty* for the appellant.

*Mr. Salvador Mestre, fiscal,* for the appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.